IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

YESHUA KAHLIL-JAMES SCHWORCK,

    Plaintiff,

v.

DEPUTY BOSSBEN, et al.

    Defendants.

ORDER

Case No. 24-cv-597-jdp

    Plaintiff Yeshua Kahlil-James Schworck has filed a proposed civil complaint and has requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit a certified trust fund account statement no later than September 17, 2024. If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Yeshua Kahlil-James Schworck may have until September 17, 2024 to submit a certified trust fund account statement for the period beginning approximately February 26, 2024 and ending approximately August 26, 2024. If plaintiff fails to respond to this order by September 17, 2024, then I will assume that plaintiff wishes to

withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 26th day of August, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge